# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Charles Salameno, Maria-Angela Sanzone and John Jensen on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br> GOGO INC. and GOGO LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:16-cv-00487 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GOGO INC. and GOGO LLC
111 N. Canal St., Suite 1500
Chicago, Illinois 60606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Clifford R. Tucker
Bryan D. Fisher, LLC
Fisher Injury Lawyers
6715 Perkins Road
Baton Rouge, LA 70808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*