

# Bureau of Consumer Protection

The FTC's Bureau of Consumer Protection stops unfair, deceptive and fraudulent business practices by collecting complaints and conducting investigations, suing companies and people that break the law, developing rules to maintain a fair marketplace, and educating consumers and businesses about their rights and responsibilities.

# Featured



## Fighting Scams and Fraud

As the nation's consumer protection agency, the FTC takes complaints about businesses that don't make good on their promises or cheat people out of money. We share these complaints with our law enforcement partners and use them to investigate fraud and eliminate unfair business practices. Each year, the FTC also releases a report that provides information about the number and type of complaints we receive.



## Robocalls

People are getting more robocalls than ever. Technology is the reason: Companies are using auto-dialers that can send out thousands of phone calls every minute for an incredibly low cost. So what's the FTC doing to stop these illegal robocallers? And what can you do to limit the number of robocalls you receive? Find out.

## Latest News

More News ›

JAN 20, 2016
**FTC to Host Tax Identity Theft Awareness Week Jan. 25-29**

JAN 20, 2016
**Federal Trade Commission Announces Agenda for Feb. 9 Start With Security Event in Seattle**

JAN 20, 2016
**La FTC patrocina la Semana de Concientización sobre Robo de Identidad Relacionado con Impuestos que se realizará del 25 al 29 de enero**

## Latest Blog Posts

More Posts ›

JAN 20, 2016
**Next Start with Security stop: Seattle**

JAN 14, 2016
**PrivacyCon set to convene**

JAN 7, 2016
**Disguise the limit: FTC sues debt collectors who claimed official affiliation**

## Latest Reports

More Reports ›

JANUARY 2016
**Big Data: A Tool for Inclusion or Exclusion? Understanding the Issues (FTC Report)**

DECEMBER 2015
**Biennial Report to Congress Under the Do Not Call Registry Fee Extension Act of 2007, FY 2014 and 2015**

JANUARY 1979
**Staff Report on Drug Product Selection**

## Upcoming Events

More Events ›

FEB 9, 2016
**Start with Security - Seattle**

## Additional Information

### Tips and Advice for Consumers

Want to order a copy of your free credit report? Or find out how to get a refund for a defective product? Maybe you're shopping for a car, or investigating a money-making opportunity. The Bureau of Consumer Protection provides tips and advice about money and credit, homes and mortgages, health and fitness, jobs and making money, and privacy and identity.

## Getting Refunds for Consumers

The FTC sues companies that make deceptive claims about their products or services. These lawsuits sometimes result in refunds for the people affected. Want more information about the FTC's refunds program? Take a look at recent FTC cases that resulted in refunds.

## Resources for Consumer Advocates

If you work with traditionally underserved communities — whether you're a legal aid provider, a TESOL or other teacher, or an advocate — the FTC's resources can help. You can use our materials in direct client services, language classes, financial literacy or life skills programs, workshops, and credit and debt counseling sessions.

**BCP Business Guidance**

BCP's Business Center provides plain language guidance to help businesses understand their responsibilities and comply with the law. Browse by topic — Advertising & Marketing, Credit & Finance, Privacy & Security — or by industry to find what you need.

**Bureau of Consumer Protection Offices**

Eight divisions and eight regional offices make up the Bureau of Consumer Protection. Find out how each office contributes to the Bureau's mission.

**Office of Technology Research and Investigation**

The Office of Technology Research and Investigation is a trusted source for research and information on technology's impact on consumers, and conducts independent studies, evaluates new marketing practices, and provides guidance to consumers, businesses and policy makers. It also assists the FTC's consumer protection investigators and attorneys by providing technical expertise, investigative assistance, and training.



ftc.gov