

# Investor Relations

Investor Home

**Company Profile**

Stock Information

Financial Information

Investor and Analyst Day

News and Events

Corporate Governance

Shareholder Services

 Print Page
 E-mail Page
 RSS Feeds
 E-mail Alerts

## Company Profile

Like 9

Home > Investor Relations > Company Profile

<< Back

### Gogo brings the mobile internet to the sky.

Gogo is a leading global aero communications service provider. The Company has the largest number of aircraft online and is a pioneer in wireless digital entertainment and other services in the commercial and business aviation markets. We enable our airline partners and business aircraft operators and their passengers to benefit from the connected aircraft by delivering in-flight connectivity-based services to passengers and by connecting the aircraft and its crew with ground-based operations.

Through our proprietary air-to-ground (ATG) network and satellite-based technologies, we provide a suite of connectivity solutions and other services, including:

Passenger Connectivity

Passenger Entertainment

Gogo Signature Services

Operations-Oriented Communications Services

Gogo is a leading global aero-communications service provider that offers in-flight Internet, entertainment, text messaging, voice and a host of other communications-related services to the commercial and business aviation markets. Gogo has more than 2,000 commercial aircraft equipped with its services on more than 10 major airlines. More than 6,000 business aircraft are also flying with its solutions, including the world's largest fractional ownership fleets. Gogo also is a factory option at every major business aircraft manufacturer.

    

 18,224

    

SITE MAP    *-)- FEEDBACK 

Gogo Press Room      Terms of Use    Privacy Policy